# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
Louisville Division

| | | |
|---|---|---|
| Melissa Summers ) | | |
|     *Plaintiff* ) | | |
| ) | | |
| v. ) | Case No. | 3-12-cv-543-S |
| ) | | |
| Central Portfolio Control, Inc. ) | | |
|     *Defendant* ) | | |
| ) | | |

### NOTICE OF SETTLEMENT

Please take notice that the parties have reached a settlement of all matters in this case. Once the settlement agreement has been signed by both and finalized, the parties will tender an Agreed Order of Dismissal.

**James H. Lawson**
Lawson at Law, PLLC
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
james@kyclc.com
(502) 473-6525

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 28th day of Novemenber, 2012:

      Kevin R. Feazell
      Cors & Bassett, Attorneys at Law, PLLC
      537 East Pete Rose Way
      Suite 400
      Cincinnati, OH 45202
      krf@corsbassett.com

                              Counsel for Plaintiff